```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                             Case No. 18-03120-RNO
Phillip E. Reed                                                    Chapter 13
Shannon R. Reed
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: JGoodling            Page 1 of 2           Date Rcvd: Sep 11, 2018
                              Form ID: ntcnfhrg          Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db/jdb         +Phillip E. Reed,    Shannon R. Reed,    48 Brewster Street,    Hanover, PA 17331-2808
5088886        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
5099414        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5097632       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: COLUMBIA GAS OF PENNSYLVANIA,     P.O. BOX 117,   COLUMBUS , OH 43216)
5088888         Capital One,    P.O. Box 71083,    Edneyville, NC 28727-1083
5088889        +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
5088892         Convergent Outsourcing Inc.,    PO Box 9004,    Renton, WA 98057-9004
5088893        +Hanover Medical Group,    P.O. Box 824221,    Philadelphia, PA 19182-4221
5088895         Hanover Pediatric Associates, P.C.,    217 Broadway,    Hanover, PA 17331-2503
5095982        +M&T BANK,   P.O. BOX 1508,    BUFFALO, NY 14240-1508
5088904        +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
5088905         PA Department of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
5088906         Peerless Credit Services, Inc,    PO Box 518,    Middletown, PA 17057-0518
5088907        +Reit Lubricants Co.,    15 Sylmar Road,    Nottingham, PA 19362-9138
5088908        +Sunrise Credit Services, Inc.,    PO Box 9168,    Farmingdale, NY 11735-9168
5088909         UPMC Pinnacle,    300 Highland Avenue,    Hanover, PA 17331-2297

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5089224        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 11 2018 19:03:41     COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
5088887        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 19:09:40      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
5099928         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2018 19:09:39
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
5088891        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 11 2018 19:03:11
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
5088896        +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 11 2018 19:02:57     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
5088897         E-mail/Text: support@ljross.com Sep 11 2018 19:03:08     L.J. Ross Associates, Inc.,
                 PO Box 6099,    Jackson, MI 49204-6099
5088898         E-mail/Text: camanagement@mtb.com Sep 11 2018 19:03:08     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
5088900         E-mail/Text: camanagement@mtb.com Sep 11 2018 19:03:08     M&T Bank,    PO Box 62146,
                 Baltimore, MD 21264-2146
5088901        +E-mail/Text: unger@members1st.org Sep 11 2018 19:03:39     Members 1st,    Attn: Collections,
                 5000 Louise Dr.,    Mechanicsburg, PA 17055-4899
5088902        +E-mail/Text: Bankruptcies@nragroup.com Sep 11 2018 19:03:42     National Recovery Agency,
                 Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
5088890*     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     PO Box 742537,   Cincinnati, OH 45274-2537)
5094588*      +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
5094589*      +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
5088894*      +Hanover Medical Group,    P.O. Box 824221,    Philadelphia, PA 19182-4221
5088899*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court: M & T Bank,     Attn: Bankruptcy,   Po Box 844,   Buffalo, NY 14240)
5088903*      +National Recovery Agency,    Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
5088910*       UPMC Pinnacle,    300 Highland Avenue,    Hanover, PA 17331-2297
5088911*       UPMC Pinnacle,    300 Highland Avenue,    Hanover, PA 17331-2297
                                                                                   TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Stephen Wade Parker    on behalf of Debtor 1 Phillip E. Reed Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Shannon R. Reed Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 5
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Phillip E. Reed,<br>**Debtor 1**<br>Shannon R. Reed,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:18–bk–03120–RNO |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **November 7, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 14, 2018<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 11, 2018 |

ntcnfhrg (03/18)