# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Phillip E. Reed  
     Shannon R. Reed

BK NO. 18-03120 HWV

Chapter 13

**Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ James C. Warmbrodt, Esquire**  
                  James C. Warmbrodt, Esquire  
                  KML Law Group, P.C.  
                  BNY Mellon Independence Center  
                  701 Market Street, Suite 5000  
                  Philadelphia, PA 19106  
                  215-627-1322