# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    PHILLIP E. REED

       SHANNON R. REED


       Debtor(s)

                                    CHAPTER 13

       CHARLES J. DEHART, III
       CHAPTER 13 TRUSTEE
            Movant                 CASE NO: 1-18-03120-HWV

       vs.

       PHILLIP E. REED
        SHANNON R. REED

       Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on October 19, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   October 19, 2020                Respectfully submitted,

                                 /s/   James K. Jones, Esquire
                                 ID:  39031
                                 Attorney for Movant
                                 Charles J. DeHart, III
                                 Standing Chapter 13 Trustee
                                 8125 Adams Drive, Suite A
                                 Hummelstown, PA 17036
                                 Phone:  (717) 566-6097
                                 Fax:  (717) 566-8313
                                 eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    PHILLIP E. REED
            SHANNON R. REED

                   CHAPTER 13

            Debtor(s)


            CHARLES J. DEHART, III
            CHAPTER 13 TRUSTEE         CASE NO: 1-18-03120-HWV
                   Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> November 18, 2020 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 5245.00**
**AMOUNT DUE FOR THIS MONTH: $1390.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE: $6635.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

     If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  October 19, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  PHILLIP E. REED

       SHANNON R. REED               CHAPTER 13

            Debtor(s)

       CHARLES J. DEHART, III       CASE NO: 1-18-03120-HWV
       CHAPTER 13 TRUSTEE
           Movant

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on October 19, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

STEPHEN WADE PARKER, ESQUIRE         UNITED STATES TRUSTEE
MOONEY LAW                       SUITE 1190
230 YORK STREET                  228 WALNUT STREET
HANOVER, PA  17331-              HARRISBURG, PA  17101

Served by First Class Mail

PHILLIP E. REED
SHANNON R. REED
48 BREWSTER STREET
HANOVER, PA  17331

I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 19, 2020            <u>Liz Joyce</u>
                                for Charles J. DeHart, III, Trustee
                                Suite A, 8125 Adams Dr.
                                Hummelstown, PA  17036
                                Phone:  (717) 566-6097
                                eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    PHILLIP E. REED
           SHANNON R. REED

                                   CHAPTER 13

              Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                    Movant                 CASE NO: 1-18-03120-HWV

           vs.

           PHILLIP E. REED                  MOTION TO DISMISS
           SHANNON R. REED

## <u>ORDER DISMSSING CASE</u>

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.