FILED
Harrisburg, PA

MAR 5 2021

Clerk,
US Bankruptcy Court

March 4, 2021

To whom it may concern:

Please withdraw the Notice of Mortgage Payment Change filed on January 15, 2021 under case number 18-03120, claim number 2. The document was found to be inaccurately filed.

Please call me at the number below if you have any other questions or concerns. Thank you for your assistance.

Sincerely,

*Sarah Sepulveda Rios*

Sarah Sepulveda Rios
M&T Bank
Customer Asset Management | Business Banking & Consumer Support Specialist II
475 Crosspoint Pkwy, Getzville, NY 14068
716-529-2442
ssepulvedarios@mtb.com