**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:  PHILLIP E. REED                    **CHAPTER 13**
      **SHANNON R. REED**                   **CASE NO.: 1:18-bk-03120**
          **DEBTORS**

**NOTICE OF ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Debtors Phillip E. Reed and Shannon R. Reed
for the above referenced case.

**By: _/s/ Nicholas G. Platt_____**
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax

Date: May 13, 2021