UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   PHILLIP E. REED

SHANNON R. REED

        Debtor(s)

        CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant         CASE NO: 1-18-03120-HWV

vs.

PHILLIP E. REED
  SHANNON R. REED

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 9, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   September 9, 2021         Respectfully submitted,

        /s/   James K. Jones, Esquire
        ID:  39031
        Attorney for Movant
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone:  (717) 566-6097
        Fax:  (717) 566-8313
        eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     PHILLIP E. REED
            SHANNON R. REED

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-18-03120-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

         October 13, 2021 at 09:35 AM
         Bankruptcy Courtroom
         Ronald Reagan Federal Bldg
         3rd Floor, 228 Walnut Street
         Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

         **AMOUNT DELINQUENT AS OF LAST MONTH: $ 2630.00**
         **AMOUNT DUE FOR THIS MONTH: $1315.00**
         **TOTAL AMOUNT DUE BEFORE HEARING DATE: $3945.00**

**NOTE:**
         **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

         **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

         If **submitting payment by U.S. First Class Mail** mail to**:**
         **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

         If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  September 9, 2021

eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    PHILLIP E. REED

          SHANNON R. REED                      CHAPTER 13

                        Debtor(s)

          JACK N. ZAHAROPOULOS        CASE NO: 1-18-03120-HWV
          CHAPTER 13 TRUSTEE
                   Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 9, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

                                      Served Electronically

| | |
|---|---|
| NICHOLAS G PLATT, ESQUIRE | UNITED STATES TRUSTEE |
| MOONEY LAW | SUITE 1190 |
| 230 YORK STREET | 228 WALNUT STREET |
| HANOVER, PA 17331- | HARRISBURG, PA 17101 |

                                      Served by First Class Mail

PHILLIP E. REED
SHANNON R. REED
48 BREWSTER STREET
HANOVER, PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 9, 2021                         Bobbie Weigel
                                                   for Jack N. Zaharopoulos, Trustee
                                                   Suite A, 8125 Adams Dr.
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PHILLIP E. REED
SHANNON R. REED

      CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-03120-HWV

vs.

PHILLIP E. REED
SHANNON R. REED

MOTION TO DISMISS

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.