# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

PHILLIP E. REED  Case No.: 1-18-03120-HWV
SHANNON R. REED  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | COMMUNITY LOAN SERVICING LLC |
| Court Claim Number: | 09 |
| Last Four of Loan Number: | 48 Brewster St - PRE-ARREARS - 8690 |
| Property Address if applicable: | 48 BREWSTER STREET, , HANOVER, PA17331 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,208.19 |
| b. | Prepetition arrearages paid by the Trustee: | $3,208.19 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $4,759.12 |
| f. | Postpetition arrearages paid by the Trustee: | $4,759.12 |
| g. | Total b, d, f: | $7,967.31 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 20, 2021            Respectfully submitted,

                                       s/ Jack N. Zaharopoulos
                                       Standing Chapter 13 Trustee
                                       Suite A, 8125 Adams Drive
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       Fax:  (717) 566-8313
                                       eMail:  info@pamd13trustee.com

Creditor Name: COMMUNITY LOAN SERVICING LLC
Court Claim Number: 09

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5210 | 9006522 | 11/07/2019 | $59.50 | $0.00 | $59.50 |
| 5210 | 9006613 | 12/12/2019 | $170.66 | $0.00 | $170.66 |
| 5210 | 9006705 | 01/16/2020 | $170.66 | $0.00 | $170.66 |
| 5210 | 9006796 | 02/13/2020 | $170.66 | $0.00 | $170.66 |
| 5210 | 9006887 | 03/12/2020 | $170.66 | $0.00 | $170.66 |
| 5210 | 9007044 | 04/14/2020 | $164.62 | $0.00 | $164.62 |
| 5210 | 2007452 | 12/15/2021 | $2,301.43 | $0.00 | $2301.43 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

PHILLIP E. REED  Case No.: 1-18-03120-HWV
SHANNON R. REED  Chapter 13
    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| NICHOLAS G PLATT, ESQUIRE<br>MOONEY LAW<br>230 YORK STREET<br>HANOVER PA, 17331- | SERVED ELECTRONICALLY |
| COMMUNITY LOAN SERVICING<br>4425 PONCE DE LEON BLVD<br>5TH FLOOR<br>CORAL GABLE, FL, 33146 | SERVED BY 1ST CLASS MAIL |
| PHILLIP E. REED<br>SHANNON R. REED<br>48 BREWSTER STREET<br>HANOVER, PA 17331 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com