United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Phillip E. Reed

Shannon R. Reed

    Debtors

Case No. 18-03120-HWV

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Phillip E. Reed, Shannon R. Reed, 48 Brewster Street, Hanover, PA 17331-2808 |
| 5099414 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5097632 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, P.O. BOX 117, COLUMBUS , OH 43216 |
| 5089224 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 5088888 | | Capital One, P.O. Box 71083, Edneyville, NC 28727-1083 |
| 5088893 | + | Hanover Medical Group, P.O. Box 824221, Philadelphia, PA 19182-4221 |
| 5088895 | | Hanover Pediatric Associates, P.C., 217 Broadway, Hanover, PA 17331-2503 |
| 5095982 | + | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 5088904 | + | Northland Group, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5088905 | | PA Department of Revenue, PO Box 281210, Harrisburg, PA 17128-1210 |
| 5088906 | | Peerless Credit Services, Inc, PO Box 518, Middletown, PA 17057-0518 |
| 5088907 | + | Reit Lubricants Co., 15 Sylmar Road, Nottingham, PA 19362-9138 |
| 5088908 | + | Sunrise Credit Services, Inc., PO Box 9168, Farmingdale, NY 11735-9168 |
| 5088909 | | UPMC Pinnacle, 300 Highland Avenue, Hanover, PA 17331-2297 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5088886 | + | EDI: BANKAMER.COM | Dec 21 2021 23:38:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5088887 | + | EDI: CAPITALONE.COM | Dec 21 2021 23:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5099928 | | EDI: CAPITALONE.COM | Dec 21 2021 23:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5108218 | | EDI: BL-BECKET.COM | Dec 21 2021 23:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5088891 | + | EDI: WFNNB.COM | Dec 21 2021 23:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5404329 | + | EDI: LCIBAYLN | Dec 21 2021 23:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 5404328 | + | EDI: LCIBAYLN | Dec 21 2021 23:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 5088892 | | EDI: CONVERGENT.COM | Dec 21 2021 23:38:00 | Convergent Outsourcing Inc., PO Box 9004, Renton, WA 98057-9004 |

| | | | |
|---|---|---|---|
| 5088889 | EDI: JPMORGANCHASE | Dec 21 2021 23:38:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 5088896 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2021 18:33:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 5088897 | Email/Text: support@ljross.com | Dec 21 2021 18:33:00 | L.J. Ross Associates, Inc., PO Box 6099, Jackson, MI 49204-6099 |
| 5088898 | Email/Text: camanagement@mtb.com | Dec 21 2021 18:33:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5088900 | Email/Text: camanagement@mtb.com | Dec 21 2021 18:33:00 | M&T Bank, PO Box 62146, Baltimore, MD 21264-2146 |
| 5112189 | Email/Text: camanagement@mtb.com | Dec 21 2021 18:33:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 5088901 | + Email/Text: unger@members1st.org | Dec 21 2021 18:33:00 | Members 1st, Attn: Collections, 5000 Louise Dr., Mechanicsburg, PA 17055-4899 |
| 5088902 | + Email/Text: Bankruptcies@nragroup.com | Dec 21 2021 18:33:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5113674 | EDI: Q3G.COM | Dec 21 2021 23:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 5088890 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, PO Box 742537, Cincinnati, OH 45274-2537 |
| 5094588 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 5094589 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 5088894 | *+ | Hanover Medical Group, P.O. Box 824221, Philadelphia, PA 19182-4221 |
| 5088899 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5088903 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5088910 | * | UPMC Pinnacle, 300 Highland Avenue, Hanover, PA 17331-2297 |
| 5088911 | * | UPMC Pinnacle, 300 Highland Avenue, Hanover, PA 17331-2297 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021          Signature:      /s/Joseph Speetjens

District/off: 0314-1

Date Rcvd: Dec 21, 2021

User: AutoDocke

Form ID: 3180W

Page 3 of 3

Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Phillip E. Reed ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Nicholas G. Platt | on behalf of Debtor 2 Shannon R. Reed ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Debtor 1 | Phillip E. Reed | | Social Security number or ITIN | xxx–xx–8669 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Shannon R. Reed | | Social Security number or ITIN | xxx–xx–2193 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:18–bk–03120–HWV

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Phillip E. Reed                              Shannon R. Reed

**By the court:**

12/21/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**